IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOAN M. PHAN,                                              No. C 07-3230 MJJ (PR)

    Petitioner(s),

v.                                                         **JUDGMENT IN A CIVIL CASE**

SCHELIA A. CLARK,

    Respondent(s).
_____/

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial, hearing or review before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is DISMISSED. Judgment is entered in favor of Respondent and against Petitioner.

Dated: August 30, 2007                                     Richard W. Wieking, Clerk

                                                                        By: Edward Butler
                                                                        Deputy Clerk