UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LOAN M. PHAN,

        Plaintiff,

v.

SCHELIA A. CLARK et al,

        Defendant.

Case Number: CV07-03230 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Loan M. Phan Prisoner Id 09612-03
DUBLIN
Unit B
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
5701 8TH ST - CAMP PARKS
DUBLIN, CA 94568

Dated: August 30, 2007

        Richard W. Wieking, Clerk
        By: Edward Butler, Deputy Clerk