IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOAN M. PHAN,<br><br>    Petitioner,<br><br>v.<br><br>SCHELIA A. CLARK,<br><br>    Respondent. | No. C 07-3230 MJJ (PR)<br><br>**ORDER DENYING MOTIONS FOR CONTEMPT, FOR HEARING, AND TO SUBSTITUTE**<br><br>**(Docket Nos. 12, 13 & 14)** |

Petitioner, an inmate in a federal prison pursuant to a federal conviction and sentence, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241. On August 10, 2007, the petition was dismissed for failure to state a cognizable claim for relief. In light of this dismissal, petitioner's motions for contempt and for a "hearing" are DENIED as moot. The motion by another inmate to substitute as petitioner's attorney is also DENIED.[1]

This order terminates docket numbers 12, 13, & 14.

IT IS SO ORDERED.

DATED: 9/2/07

*/s/ Martin J. Jenkins*
MARTIN J. JENKINS
United States District Judge

---

[1] The motions were all filed by another inmate, who is not an attorney and may not represent petitioner.

G:\PRO-SE\MJJ\HC.07\phan.mot.wpd