

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: <u>CV 07-03230 MJJ</u>**

**CASE TITLE: <u>LOAN M. PHAN-v-SCHELIA A. CLARK</u>**

Dear Sir/Madam:                 07-17321

    Pursuant to Rule 22(b), Rules of Appellate Procedure, enclosed is our file (1 volume), an application for certificate of appealability and/or notice of appeal, order denying that application and certified copy of docket sheet.

    Please acknowledge receipt and return to this office.

Dated: December 10, 2007

Sincerely,

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

Enclosures:

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely



December 10, 2007

**DEC 12 2007**
FILED_____
DOCKETED_____
           DATE        INITIAL

**CASE INFORMATION:**
Short Case Title: <u>LOAN M. PHAN</u>-v- <u>SCHELIA A. CLARK</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>San Francisco division ~ Judge Martin J. Jenkins</u>
Criminal and/or Civil Case No.: <u>CV 07-03230 MJJ</u>
Date Complaint/Indictment/Petition Filed: <u>6/19/07</u>
Date Appealed order/judgment *entered* <u>9/12/07</u>
Date NOA *filed* <u>10/5/07</u>
Date(s) of Indictment         Plea Hearing                    Sentencing

**07-17321**

COA Status (check one):    ☐ granted in full (attach order)      ☐ denied in full (send record)
                           ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: <u>n/a</u>

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed:
Date FP granted:                         Date FP denied: <u>12/6/07</u>
Is FP pending? ☐ yes ☐ no                Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
<u>Appellate Counsel:</u>              <u>Appellee Counsel:</u>
see docket sheet                    no appearance

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                             Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                          9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Sheila Rash</u>
                                  (415) 522-2099




Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 355-8000

December 19, 2007

U.S. Court of Appeals Docket Number:   07-17321
Lower Court Docket No.:   CV-07-03230-MJJ
Short Title:   Phan v. Clark

Dear Loan M. Phan,

The Clerk's Office of the United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and/or request for a certificate of appealability. **A briefing schedule will not be set until the court determines whether a certificate of appealability should issue.**

Absent an emergency, all subsequent filings in this matter will be referred to the panel assigned to consider whether or not to grant the certificate of appealability.

All subsequent letters and requests for information regarding this matter will be added to your file to be considered at the same time the cause is brought before the court.

The U.S. Court of Appeals docket number shown above has been assigned to your case. You must indicate the docket number and title of your case when corresponding with the court about your case.