**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
FEB 15 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: LOAN M. PHAN | No. 07-74472 |
| LOAN M. PHAN,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,<br><br>Respondent,<br><br>and<br><br>SCHELIA A. CLARK,<br><br>Real Party in Interest. | D.C. No. CV-07-3230-MJJ<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: WALLACE, LEAVY and RYMER, Circuit Judges.

The Clerk shall amend the docket to remove Janice Weeks-Katona as petitioner and substitute Loan M. Phan. Janice Weeks-Katona and Loan M. Phan are both pro se prisoners. Janice Weeks-Katona may not represent petitioner Phan. *See McShane v. United States*, 366 F.2d 286, 288 (9th Cir. 1966) (non-attorney litigants may not represent other individual litigants).

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 15 2008

by: _____
Deputy Clerk

07-74472

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied. Petitioner's request for a certificate of appealability is proceeding in No. 07-17321.

All pending motions are denied as moot.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions shall be filed or entertained in this closed docket.

PROSE

```
INTERNAL USE ONLY: Proceedings include all events.
07-74472 Weeks-Katona, et al v. USDC-CAN

JANICE WEEKS-KATONA              Janice Weeks-Katona
     Petitioner                  Reg- 17493-018 Unt C
                                 [COR LD NTC prs]
                                 FCID - FEDERAL CORRECTIONAL
                                 INSTITUTION (DUBLIN)
                                 5701 Eighth St., - Camp Parks
                                 Dublin, CA 94568

     v.

UNITED STATES DISTRICT COURT     No appearance
FOR THE NORTHERN DISTRICT OF     [NTC]
CALIFORNIA                       No Address
     Respondent                  Generic Address
                                 City,

SCHELIA A. CLARK
     Real Party in Interest
```