June 20, 2008

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
## (415) 355-7820

**District Court/Agency:** USDC Northern California (San Francisco)

**Lower Court Number:** CV-07-03230-MJJ

**Appeal Number:** 07-17321

**Short Title:** Phan v. Clark

**Volumes**

**Clerk's Records in:**    1                           0    **Certified Copy(ies)**

**Reporters Transcripts in:**    0

**Bulky Documents in:**    0    **Envelopes**    0    **Expandos**    0    **Folders**    0    **Boxes**

                  0    **Other**

**State Lodged Docs in:**    0    **Envelopes**    0    **Expandos**    0    **Folders**    0    **Boxes**

                  0    **Other**

      **Other:**

# FILED

## JUN 2 6 2008

RIC̶ ̶ ̶ ̶ W. WIEKING
Cl ̶ ̶ ̶ ̶ ̶STRICT COURT,
NORThern DISTRICT OF CALIFORNIA

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.