**FILED**

**JUN 24 2008**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LOAN M. PHAN,<br><br>    Petitioner - Appellant,<br><br> v.<br><br>SCHELIA A. CLARK; et al.,<br><br>    Respondents - Appellees. | No. 07-17321<br><br>D.C. No. CV-07-03230-MJJ<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before:    BERZON and N.R. SMITH, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions are denied.

NJ/COA