OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

UNITED STATES POSTAGE
$ 00.42⁰
PITNEY BOWES
0004329882  JUL 01 2008
02 1A
MAILED FROM ZIP CODE 94102

NIXIE        945    DC 1        00 07/11/08
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
DC: 94102340999    *0240 00931 01 41

Loan M. Phan    Prisoner Id 09612-03
DUBLIN
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
5701 8TH ST - CAMP PARKS
DUBLIN, CA 94568


CV07-03230 MJJ

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 1, 2008

CASE NUMBER:  **CV 07-03230 MJJ**
CASE TITLE:  **LOAN M. PHAN-v- SCHELIA A. CLARK**
DATE MANDATE FILED:  7/1/08

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

Distribution:  CIVIL    -   Counsel of Record

CRIMINAL  -   Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16

**FILED**

UNITED STATES COURT OF APPEALS

JUN 24 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LOAN M. PHAN, <br><br> Petitioner - Appellant, <br><br> v. <br><br> SCHELIA A. CLARK; et al., <br><br> Respondents - Appellees. | No. 07-17321 <br><br> D.C. No. CV-07-03230-MJJ <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before:   BERZON and N.R. SMITH, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions are denied.

NJ/COA